AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mummert III, Thomas C. | 2. Court or Organization<br><br>U.S. District Court, EDMO | 3. Date of Report<br><br>04/18/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>111 South 10th Street, 13 North<br>St. Louis, Missouri 63102 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Walmart Common Stock | A | Dividend | K | T | | | | | |
| 2. ATT Common Stock (formerly SBC) | A | Dividend | J | T | | | | | |
| 3. Southern Commercial Bank Acct. | B | Interest | M | T | | | | | |
| 4. IFUE Common Stock | | None | J | T | | | | | |
| 5. State of MO Deferred Compensation | B | Interest | M | T | | | | | |
| 6. -ING - stable income fund | | | | | | | | | |
| 7. Time Warner, Inc. | A | Dividend | J | T | | | | | |
| 8. American Funds, American Mutual, A | B | Dividend | L | T | | | | | |
| 9. American Funds, Euro Pac. Growth | A | Dividend | J | T | | | | | |
| 10. Ameren (AEE) | B | Dividend | K | T | | | | | |
| 11. U.S. Savings Bonds (HH) | B | Interest | L | T | | | | | |
| 12. Southwest Bank (Now M & I Bank) | A | Interest | M | T | | | | | |
| 13. Commerce Bank | B | Interest | M | T | | | | | |
| 14. Ameriprise Money Market Account | A | Dividend | K | T | | | | | |
| 15. Lindbergh Schools | A | Interest | K | T | Buy | 10/12/11 | J | | |
| 16. St. Peters, MO (O Coupon) | A | Interest | K | T | | | | | |
| 17. Anheuser Busch Credit Union | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wisdom Tree Dividend Fund | A | Dividend | J | T | | | | | |
| 19. First Community Credit Union | A | Dividend | J | T | | | | | |
| 20. Regions Bank | A | Interest | M | T | | | | | |
| 21. Nuveen Build America Fund | D | Interest | M | T | | | | | |
| 22. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 23. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 24. JM Smuckers Co. | A | Dividend | J | T | | | | | |
| 25. Bank of America | A | Dividend | J | T | | | | | |
| 26. PNC Invesco | B | Dividend | K | T | | | | | |
| 27. Eagle Bank | C | Interest | N | T | | | | | |
| 28. Wells Fargo Bank NA | A | Interest | L | T | | | | | |
| 29. Nuveen Dividend Adv. | A | Dividend | J | T | | | | | |
| 30. MO State HSG Dev. | A | Dividend | | | Redeemed | 03/01/11 | J | | |
| 31. MO State Environment Energy Res. Auth. | A | Dividend | | | Redeemed | 01/03/11 | J | | |
| 32. St. Louis MO Indl. Dev. Ath. Multi. Fam. | A | Dividend | J | T | | | | | |
| 33. Ritenour MO Cons. School District | A | Dividend | | | Redeemed | 06/08/11 | J | | |
| 34. Curator Univ. MO Sys. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Jefferson County MO Cons | A | Dividend | J | T | | | | | |
| 36. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 37. Edison Intl. | A | Dividend | J | T | | | | | |
| 38. Laclede Group | A | Dividend | J | T | | | | | |
| 39. Pulaski Financial Corp. | A | Dividend | J | T | | | | | |
| 40. Nuveen Municipal Value Fund | A | Dividend | J | T | | | | | |
| 41. Affton School District | A | Interest | | | Redeemed | 09/08/11 | J | | |
| 42. Belton MO COP RFDG | A | Interest | J | T | | | | | |
| 43. Boone Cnty MO Hosp. Rev. | A | Interest | J | T | | | | | |
| 44. Butler MO School District | A | Interest | J | T | | | | | |
| 45. Cole Cnty MO Jail Protect. | A | Interest | J | T | | | | | |
| 46. Columbia MO School District | A | Interest | | | Redeemed | 06/15/11 | J | | |
| 47. Curators Univ. MO Sys Facs | A | Interest | J | T | | | | | |
| 48. Eureka MO CTFS PART RFDG | A | Interest | | | Redeemed | 12/15/11 | J | | |
| 49. Franklin Cnty MO COP | A | Interest | J | T | | | | | |
| 50. Great Rivers Greenway Met. | A | Interest | J | T | | | | | |
| 51. Independence MO School District | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Johnson Cnty MO Hosp. | A | Interest | J | T | | | | | |
| 53. Kansas City MO Arpt. | B | Interest | K | T | | | | | |
| 54. Kirkwood MO Public FACS | A | Interest | J | T | | | | | |
| 55. Lincoln Cnty MO Reorg. School District | A | Interest | J | T | | | | | |
| 56. MO St. Dev. Fin. Brd. Edl. | A | Interest | J | T | | | | | |
| 57. MO State Envrnmtl Impt. Energ. | A | Interest | J | T | | | | | |
| 58. MO State Health & EDL FAC | B | Interest | L | T | | | | | |
| 59. MO Stl. Regl. Convention | A | Interest | J | T | | | | | |
| 60. MO State COP RFDG | A | Interest | | | Redeemed | 07/07/11 | J | | |
| 61. MO State Dev. Fin. | A | Interest | J | T | | | | | |
| 62. Moberly MO COP | A | Interest | | | Redeemed | 07/07/11 | J | | |
| 63. NIXA MO Reorg. School District | A | Interest | J | T | | | | | |
| 64. O'Fallon MO COP | A | Interest | J | T | | | | | |
| 65. Randolph Cnty. MO School District | A | Interest | J | T | | | | | |
| 66. Smithville MO COP | A | Interest | J | T | | | | | |
| 67. Southeast MO State Univ. | A | Interest | K | T | | | | | |
| 68. Springfield MO Public Utility | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. St. Louis MO SPL, BOE, Pub. Saf. RFDG | B | Interest | K | T | | | | | |
| 70. St. Peters MO COP | A | Interest | J | T | | | | | |
| 71. Ste. Genevieve Cnty. MO COP | A | Interest | J | T | | | | | |
| 72. Vernon Cnty. MO Reorg. School District | A | Interest | J | T | | | | | |
| 73. Warrensburg MO CTFS | A | Interest | J | T | | | | | |
| 74. Washington MO COP Mun Compl. | A | Interest | J | T | | | | | |
| 75. Wentzville MO Economic Dev. | A | Interest | J | T | | | | | |
| 76. West Plains MO COP | A | Interest | J | T | | | | | |
| 77. Wildwood MO COP | A | Interest | K | T | | | | | |
| 78. Edward Jones Money Market | A | Interest | M | T | | | | | |
| 79. Spectra Energy | A | Dividend | J | T | | | | | |
| 80. Moberly MO School District | A | Interest | J | T | Buy | 12/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mummert III, Thomas C. | 04/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Mummert III, Thomas C.

Date of Report

04/18/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Mummert III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544